**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GERALD CEARLEY,

    Plaintiff,

v.                                                                          CASE NO.:  8:17-cv-01191-RAL-JSS

MERRICK BANK.,

    Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08(a), the undersigned hereby gives notice that this matter has been settled by the parties, and a motion for dismissal shall be filed upon drafting and execution of the settlement documentation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this September 19, 2017, to all parties of record.

    Respectfully submitted,

    */s/ Heather H. Jones*
    Heather H. Jones, Esq.
    Florida Bar No. 0118974
    William "Billy" Peerce Howard, Esq.
    Florida Bar No. 0103330
    THE CONSUMER PROTECTION FIRM, PLLC
    210-A South MacDill Avenue
    Tampa, FL 33609
    Telephone: (813) 500-1500, ext. 205
    Facsimile: (813) 435-2369
    Heather@TheConsumerProtectionFirm.com
    Billy@TheConsumerProtectionFirm.com
    *Attorney for Plaintiff*